# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| VERONICA EXLEY, *et al.*, <br> *Plaintiffs*, <br><br> v. <br><br> SYLVIA MATHEWS BURWELL, Secretary <br> of Health & Human Services, <br> *Defendant*. | No. 3:14-cv-01230 (JAM) |

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AGREEMENT AND DIRECTING ENTRY OF FINAL JUDGMENT

The Court has carefully considered the parties' revised proposed Settlement Agreement ("Agreement"), filed on May 24, 2016 (Doc. # 86-3), as well as the supporting papers. A fairness hearing was held on August 1, 2016.

The Court finds that the Agreement is fair, adequate, and reasonable. It provides meaningful injunctive relief to the Class to ensure the timeliness of ALJ decisions for Medicare beneficiaries. The Agreement follows a lengthy period of litigation and settlement negotiation. It is the result of arm's-length negotiations between the parties. Notice has been given to the Class in the manner directed by the Court. The Court has considered the written objections received by Class Counsel and found them not to abrogate the fairness of the Agreement.

Therefore, it is hereby ordered that:

1. Final approval of the Settlement Agreement is granted.

2. The Court directs entry of Final Judgment, dismissing the action with prejudice, pursuant to the terms of the Agreement and Federal Rule of Civil Procedure 41(a)(2). The Final Judgment shall incorporate and be subject to the terms of the Settlement Agreement, as set forth in Section V of the agreement,

3.  The Court will retain jurisdiction over this matter for the limited purposes and time period set forth in Section VI of the Agreement.

The Clerk of Court shall close the case.

It is so ordered.

Dated at New Haven this 1st day of August 2016.

/s/ *Jeffrey Alker Meyer*_____
Jeffrey Alker Meyer
United States District Judge